NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE SMITH & NEPHEW, INC.,**
*Petitioner.*

---

Miscellaneous Docket No. 940

---

On Petition for Writ of Mandamus to the United States District Court for the Eastern District of Texas in case no. 09-CV-0378, Judge T. John Ward.

---

## ON PETITION FOR WRIT OF MANDAMUS

---

## ORDER

Smith & Nephew, Inc. submit a letter indicating that the United States District Court for the Eastern District of Texas transferred the underlying case on July 6, 2010 and suggesting that their petition for a writ of mandamus is thus moot.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The petition for a writ of mandamus is dismissed as moot.

(2) Each side shall bear its own costs.

FOR THE COURT

__JUL 1 2 2010__                    /s/ Jan Horbaly
     Date                           Jan Horbaly
                                    Clerk

cc:  Gregory N. Stillman, Esq.
     Joseph M. Vanek, Esq.
     Clerk, United States District Court for the Eastern
     District Of Texas

s19

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 1 2 2010

JAN HORBALY
CLERK